# EXHIBIT 1

Int. Cl.: 21

Prior U.S. Cl.: 2

Reg. No. 1,576,430

## United States Patent and Trademark Office
Registered Jan. 9, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## CAMELBAK

FASTRAK SYSTEMS, INC. (TEXAS CORPORA-
TION)
P.O. BOX 4972
ODESSA, TX 79760

FOR: BACKPACK-STYLE CANTEENS, IN
CLASS 21 (U.S. CL. 2).

FIRST USE 12-16-1988; IN COMMERCE
12-16-1988.

SER. NO. 73-797,876, FILED 5-5-1989.

CATHERINE KAISER KREBS, EXAMINING
ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 2,098,505

**United States Patent and Trademark Office**   Registered Sep. 23, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## CAMELBAK

FASTRAK SYSTEMS, INC. (TEXAS CORPORA-
TION)
12100 WEST I-20 EAST
ODESSA, TX 79765

FOR: BACKPACKS, KNAPSACKS AND
RUCKSACKS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 12-16-1988; IN COMMERCE
12-16-1988.
OWNER OF U.S. REG. NO. 1,576,430.

SER. NO. 74-455,063, FILED 11-8-1993.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

Int. Cls.: **18 and 21**

Prior U.S. Cls.: **1, 2, 3, 13, 22, 23, 29, 30, 33, 40, 41, and 50**

**Reg. No. 3,184,821**

## United States Patent and Trademark Office
Registered Dec. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# CAMELBAK

CAMELBAK PRODUCTS, LLC (DELAWARE LTD LIAB CO)
1310 REDWOOD WAY, SUITE C
PETALUMA, CA 94954

FOR: BACKPACK HYDRATION SYSTEMS CONSISTING OF A PACK, A RESERVOIR, AND A MOUTHPIECE CONNECTED TO THE RESERVOIR BY A TUBE, WAIST PACKS AND WAIST PACK HYDRATION SYSTEMS COMPRISED OF A PACK, A RESERVOIR, AND A MOUTHPIECE CONNECTED TO THE RESERVOIR BY A TUBE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-2000; IN COMMERCE 0-0-2000.

FOR: HYDRATION SYSTEMS COMPRISED OF A DRINKING RESERVOIR, A DRINKING TUBE, A MOUTHPIECE; DRINKING RESERVOIRS FOR HYDRATION SYSTEMS COMPRISED OF A DRINKING RESERVOIR, A DRINKING TUBE, AND A MOUTHPIECE; AND MOUTHPIECES AND CONNECTORS FOR HYDRATION SYSTEMS COM-PRISED OF A DRINKING RESERVOIR, A DRINKING TUBE, AND A MOUTHPIECE; BOTTLES SOLD EMPTY; DRINKING FLASKS FOR TRAVELERS; DRINKING VESSELS; PORTABLE BEVERAGE DISPENSERS; PLASTIC BOTTLES SOLD EMPTY; SPORTS BOTTLES SOLD EMPTY; SQUEEZE BOTTLES SOLD EMPTY; BOTTLES HAVING MOUTHPIECES; BOTTLES HAVING BITE-ACTUATED MOUTHPIECES; AND PARTS FOR ANY OF THE AFORESAID BOTTLES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-1-2006; IN COMMERCE 6-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-621,408, FILED 5-2-2005.

WILLIAM BRECKENFELD, EXAMINING ATTORNEY